UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY F. MARSH | CIVIL ACTION |
| VERSUS | NO: 19-9339 c/w 21-2185 |
| ANCO INSULATIONS, INC., et al. | SECTION: T (4) |
| | ALL CASES |

## **ORDER**

Before the Court is a Motion for Summary Judgment filed by Defendant, Viking Pump, Inc., improperly named as "IDEX Corporation (F/K/A Viking Pump, Inc.)" (hereinafter, "Viking Pump" or "Defendant") (R. Doc. 455), asserting there is no legal basis for liability against it because Plaintiff, Cynthia Marsh, Cross Claim Plaintiff, Huntington Ingalls, Inc. ("Avondale"), and Third-Party Plaintiff, Continental Insurance Company ("Continental") cannot establish that Harry Marsh ever worked with or around any products and/or equipment made or sold by Viking Pump that contained asbestos that would in any way have caused or contributed to Harry Marsh's alleged disease. None of these parties has filed a response in opposition, and the time for doing so has expired; therefore, the Motion is deemed to be unopposed. Viking Pump seeks dismissal of all claims of Plaintiff, Cross Claim Plaintiff, and Third-Party Plaintiff against this defendant.

In its Motion, Viking Pump asserts Plaintiff, Avondale, and Continental have offered no testimony or evidence that Harry Marsh could have had any potential exposures to asbestos fibers from any products and/or equipment made or sold by Viking Pump. As such, Viking Pump avers Plaintiff Marsh, Avondale, and Continental cannot meet their burdens of proof at trial, and Viking Pump's Motion for Summary Judgment should be granted. After reviewing the Complaint, the Motion, and supporting exhibits, as well as the applicable law, the Court agrees that Viking Pump

is entitled by law to summary judgment in its favor. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Viking Pump, Inc.[1] (R. Doc. 455) is GRANTED and all claims against this Defendant asserted by Plaintiff Cynthia Marsh, Cross Claim Plaintiff, Huntington Ingalls, Inc. ("Avondale"), and Third-Party Plaintiff, Continental Insurance Company, are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 1st day of June 2023.

_____
Greg Gerard Guidry
United States District Judge

---

[1] Improperly named as "IDEX Corporation (F/K/A Viking Pump, Inc.)".