UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY F. MARSH | CIVIL ACTION |
| VERSUS | NO: 19-9339 c/w 21-2185 |
| ANCO INSULATIONS, INC., et al. | SECTION: T (4) |
| | ALL CASES |

## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant, GREFCO, Inc. (hereinafter "GREFCO" or "Defendant") (R. Doc. 476), asserting there is no legal basis for liability against it because Plaintiff, Cynthia Marsh, Cross Claim Plaintiff, Huntington Ingalls, Inc. ("Avondale"), and Third-Party Plaintiff, Continental Insurance Company ("Continental") have produced no evidence that Harry Marsh worked with or around any GREFCO's alleged asbestos-containing products and/or equipment that resulted in exposures to harmful levels of asbestos, or that such alleged exposures, if there were any, were a substantial factor in causing his alleged asbestos disease. None of these parties has filed a response in opposition, and the time for doing so has expired; therefore, the Motion is deemed to be unopposed. GREFCO seeks dismissal of all claims of Plaintiff, Cross Claim Plaintiff, and Third-Party Plaintiff against this defendant.

In its Motion, GREFCO asserts Plaintiff Marsh, Avondale, and Continental have offered no testimony or evidence that Harry Marsh could have had any potential exposures to asbestos fibers from any products and/or equipment made or sold by GREFCO. Specifically, GREFCO avers that Plaintiff, Avondale, and Continental are unable to identify GREFCO as the manufacturer or seller of any asbestos-containing products and/or equipment with or around which Harry Marsh ever worked that would have contributed to Harry Marsh's alleged damages. As such, GREFCO

1

avers Plaintiff Marsh, Avondale, and Continental cannot meet their burdens of proof at trial, and GREFCO's Motion for Summary Judgment should be granted.

After reviewing the Complaint, the Motion, and supporting exhibits, as well as the applicable law, the Court agrees that GREFCO is entitled by law to summary judgment in its favor. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment filed by GREFCO (R. Doc. 476) is GRANTED and all claims against this Defendant asserted by Plaintiff Cynthia Marsh, Cross Claim Plaintiff, Huntington Ingalls, Inc. ("Avondale"), and Third-Party Plaintiff, Continental Insurance Company, are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 2nd day of June 2023.

_[signature: Greg Gerard Guidry]_

_____
Greg Gerard Guidry
United States District Judge